# EXHIBIT 1

# EXHIBIT 1

9019 Exhibit Report - 3/10/2025

**EXHIBIT "1"**

**LIST OF SETTLEMENTS**

| Transferee | Transfers* | Exposure After SNV | Settlement | Fee | Asserted and Potential Defenses** |
|---|---|---|---|---|---|
| 7-Eleven, Inc. | $ 34,125.00 | $ 21,000.00 | $ 8,500.00 | $ 1,572.50 | Potential preference exposure is reduced to $21,000.00 after application of SNV. Defendant also asserts an OCB defense. |
| American Express National Bank | $ 10,963.00 | $ 10,963.00 | $ 8,250.00 | $ 1,526.25 | Transferee did not assert a SNV defense, but other potential defenses, including OCB, remain. |
| Securetrans, Inc. d/b/a Axiom Armored | $ 24,814.20 | $ 8,000.00 | $ 6,500.00 | $ 1,202.50 | SNV reduces potential preference exposure to approximately $8,000.00. Transferee has also asserted a CNV defense. |
| Bibbeo Ltd | $ 10,000.00 | $ 4,198.70 | $ 1,500.00 | $ 277.50 | SNV reduces potential preference exposure to approximately $4,000.00. |
| CyberCoders, Inc. | $ 8,250.00 | $ 8,250.00 | $ 7,425.00 | $ 1,373.63 | SNV reduces potential preference exposure to approximately $8,250.00. |
| DataArt Solutions, Inc. | $ 106,000.00 | $ 2,000.00 | $ 20,000.00 | $ 3,700.00 | SNV arguably provides for a complete defense. |
| DSH Delivery LLC | $ 10,850.00 | $ 10,850.00 | $ 2,500.00 | $ 462.50 | There is no clear defense to this claim. However, based on conversations with Transferee's owner, Debtor believes that there are likely collectability issues. |
| Granite Telecommunications LLC | $ 10,164.34 | $ 6,500.00 | $ 3,000.00 | $ 555.00 | SNV reduces potential preference exposure to approximately $6,600.00. Transferee also asserts an OCB defense. |
| H-E-B, LP | $ 315,240.24 | $ - | $ 2,500.00 | $ 462.50 | Transferee asserts a complete defense in that the contracts that the payments relate to were assumed. |
| Love's Travel Stops & Country Stores, | $ 54,148.08 | $ 4,000.00 | $ 5,025.00 | $ 929.63 | Transferee has assert that it has a full defense through combination of SNV, OCB and setoff. |
| Pequot Lakes Police Department | $ 21,000.00 | $ 22,610.00 | $ 22,610.00 | $ 4,182.85 | Transferee was in possession of a kiosk that was involved in a potential fraud claim. In response to Debtor's demand, the cash inside the kiosk belonging to Debtor, was removed and returned. While this claim did not result in a formal settlement agreement, it is included in this exhibit for purposes of showing overall recoveries associated with this motion and for purposes of showing earned fees. |
| Randstad North America, Inc. | $ 56,291.02 | $ 56,291.00 | $ 42,000.00 | $ 10,500.00 | Defendant has no apparent defense. Further discovery, however, could reveal potential defenses under Section 547(c). |
| Republic Silver State Disposal, Inc. | $ 11,727.87 | $ 6,800.00 | $ 6,200.00 | $ 1,147.00 | SNV reduces potential preference exposure to approximately $6,800.00. |
| Siemens Industry, Inc. | $ 16,456.99 | $ 15,895.00 | $ 9,500.00 | $ 1,757.50 | SNV reduces potential preference exposure to approximately $15,900.00. |
| Simon Property Group, Inc. | $ 2,932.57 | $ 2,932.57 | $ 1,751.80 | $ 324.08 | This was a post-petition payment of a pre-petition debt that was made without authority. There is no clear defense. |
| Smith & Shapiro PLLC | $ 8,185.11 | $ 5,000.00 | $ 3,000.00 | $ 555.00 | SNV reduces potential preference exposure to $5,000.00. |
| State Regulatory Registry LLC | $ 8,605.00 | $ 8,605.00 | $ 4,000.00 | $ 1,000.00 | Defendant argues that the payment at issue is not on account of an antecedent debt. Defendant also argues that it has complete defenses, including OCB and SNV defenses. |
| Twilio Inc. | $ 13,776.00 | $ 13,776.00 | $ 8,000.00 | $ 2,000.00 | Transferee contends that the transfers were made in the OCB. |
| | $ 723,529.42 | $ 207,671.27 | $ 162,261.80 | $ 33,528.43 | |

\* This amount represents the total amount of transfers that the Debtor believes meet the elements of 11 U.S.C. 547(b).

\*\* The acronyms used in this exhibit are defined as follows: CNV is short for contemporaneous exchange of new value and refers to the defense set forth in 11 U.S.C 547(c)(1); (2) OCB is short for ordinary course of business and refers to the defense set forth in 11 U.S.C. 547(c)(2); and (3) SNV is short for subsequent new value and refers to the defense set forth in 11 U.S.C. 547(C)(4).